IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY FREEMAN, on behalf of<br>Himself and all others similarly situated | | PLAINTIFF |
| v. | NO. 5:21-cv-5175 | |
| TYSON FOODS, INC, and TYSON POULTRY, INC. | | DEFENDANTS |

## CLERK'S ORDER OF DISMISSAL

On this 23rd day of February 2024, the parties hereto having filed a joint stipulation for dismissal (Doc. 78) pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT
RONALD E. DOWLING, COURT CLERK

BY: *Michelle McEntire*
Deputy Clerk